ADAMS, Plaintiff in error,

v.

STATE, Defendant in error.

Supreme Court

*No. 78–832–CR. Argued September 19, 1979.—Decided November 20, 1979.*

(Also reported in 289 N.W.2d 318.)

*(On petition to review.)* The following memorandum was filed April 8, 1980.

The court having considered the state's petition for review of the decision of the court of appeals dated November 20, 1979,

IT IS ORDERED the petition for review is granted, and

IT IS FURTHER ORDERED based on our decision in *Muller v. State,* 94 Wis.2d 450, 289 N.W.2d 570 (1980),

and pursuant to Rule 809.21, Stats., and Rule 809.63, Stats., the judgment of the court of appeals is summarily reversed and the cause remanded for reinstatement of the judgment and order of the circuit court for Racine county.